JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LERNA MAYS and LARRY ROACH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation formerly known as WAL-MART STORES, INC. and DOE ONE through and including DOE ONE-HUNDRED,<br><br>    Defendants. | Case No.: 2:21−cv−00015−AB-KK<br>*Assigned to Hon. André Birotte, Jr*<br><br>**ORDER GRANTING JOINT STIPULATION TO THE FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND REMAND TO STATE COURT**<br><br>Action Filed:  September 30, 2020<br>FAC Filed:  November 25, 2020<br>Removal Date:  January 4, 2021 |

The Court, having read and considered the Joint Stipulation Regarding Remand to State Court, finds that good cause exists to grant the requested relief.  Accordingly:

IT IS HEREBY ORDERED:

1. That the hearings on the pending Motion for Remand and Motion to Dismiss, scheduled for March 19, 2021 are taken off calendar;

2. That this case is remanded to the Superior Court, County of Los Angeles, from which it was removed; and

3. Each party to bear its own fees and costs with respect to the removal and remand of this proceeding.

Because this case is being remanded, the Second Amended Complaint, attached to the Parties' Joint Stipulation as Exhibit 1 will **not** be filed as of the date of this Order. The parties may take any appropriate actions upon remand to file the Second Amended Complaint in the Superior Court, County of Los Angeles.

IT IS SO ORDERED.

DATED: March 18, 2021

Hon. André Birotte, Jr.
United States District Judge